IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MOHAMMAD SHARIFI #Z-709, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 1:23-00157-KD-B |
| | ) | |
| ROBERT BROUSSARD, | ) | |
| Defendant. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 15, 2023 (Doc. 3) is **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that while Sharifi's motion to proceed without prepayment of fees is **GRANTED**, after conducting an initial screening review of his complaint, this action is **DISMISSED** with prejudice as frivolous and malicious pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

**DONE** and **ORDERED** this the **5th** day of **July 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**