# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MOHAMMAD SHARIFI #Z-709,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION 1:23-00157-KD-B** |
| ) | |
| **ROBERT BROUSSARD,** ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that while Sharifi's motion to proceed without prepayment of fees is **GRANTED**, after conducting an initial screening review of his complaint, this action is **DISMISSED** with prejudice as frivolous and malicious pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

**DONE** and **ORDERED** this the **5th** day of **July 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**